No. 89–700. ASTROLINE COMMUNICATIONS COMPANY LIMITED PARTNERSHIP *v.* SHURBERG BROADCASTING OF HARTFORD, INC., ET AL., 497 U. S. 547. Motion of respondent Shurberg Broadcasting of Hartford, Inc., to waive this Court's Rule 44.1 denied. Petition for rehearing denied.

No. 89–1623. GARDNER *v.* NEWSDAY, INC., 496 U. S. 931. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

OCTOBER 2, 1990

No. 89–1983. PETALUMA VALLEY HOSPITAL ET AL. *v.* TAY-LOR. C. A. 9th Cir. Certiorari dismissed under this Court's

OCTOBER 9, 1990*

No. 89–7724. PEREZ-CASTILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. 89–1952. JONES *v.* AMERICAN BROADCASTING COS., INC. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Milkovich* v. *Lorain Journal Co.,* 497 U. S. 1 (1990).

No. — – ——. FOE ET AL. *v.* CUOMO, GOVERNOR OF NEW YORK, ET AL. Motion of petitioner Wilma Woe for permission to use a pseudonym and to seal name granted. Motion of Wilma Woe for leave to proceed *in forma pauperis* granted. Motion of counsel to allow petitioner R. L. by T. C. L. leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied without prejudice to petitioner executing an affidavit in support of a motion for leave to proceed *in forma pauperis.*

---

*JUSTICE SOUTER took no part in the consideration or decision of the orders announced on this date except for the order making allotment of Justices among the Circuits, see *ante,* p. VI.